UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Ruth Smith

      Plaintiff

    v.

Liberty Mutual Insurance Company et al

      Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CIVIL ACTION NO.:
20-11583-ADB

## JUDGMENT
October 15, 2021

Burroughs, D.J.

In accordance with the Memorandum and Order entered on April 22, 2021, GRANTING the Defendant's MOTION to Dismiss.

Judgment is entered on behalf of Liberty Mutual Insurance Company. This case is hereby DISMISSED.

    SO ORDERED.

                              /s/ Allison D. Burroughs
                              ALLISON D. BURROUGHS
                              United States District Judge